[Crim. No. 9643. Fourth Dist., Div. Two. Jan. 13, 1978.]

THE PEOPLE, Plaintiff and Respondent, v.
GARY ROBERT NIREN, Defendant and Appellant.

**COUNSEL**

Stephan T. Ripps for Defendant and Appellant.

Evelle J. Younger, Attorney General, and Karl J. Phaler, Deputy Attorney General, for Plaintiff and Respondent.

**OPINION**

GARDNER, P. J.—Defendant pleaded guilty to arson and was sentenced to prison. A report was requested pursuant to Penal Code section 1168. The court subsequently received an unfavorable report from the Director of Corrections and declined to recall the commitment. Defendant then made a motion to recall the commitment. This motion was denied. Defendant then filed a notice of appeal from the latter order.

The Attorney General contends that the order purportedly appealed from is a nonappealable order. We agree.

■ Proceedings under Penal Code section 1168 cannot be initiated by a defendant. (*Thomas* v. *Superior Court,* 1 Cal.3d 788, 790 [83 Cal.Rptr. 357, 463 P.2d 709]; *Alanis* v. *Superior Court,* 1 Cal.3d 784 [83 Cal.Rptr. 355, 463 P.2d 707].) The defendant simply has no standing to make a motion to recall under Penal Code section 1168. Therefore, the trial court's denial of such a motion is not appealable.

Appeal dismissed.

Kaufman, J., and McDaniel, J., concurred.